AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

KALVAN K. KALDOR,

    Plaintiff,     JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:10-CV-00529-LRH-RAM**

HOWARD SKOLNIK, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that defendants' motion for summary judgment (#31) is **GRANTED.**

|  |  |
|---|---|
| August 29, 2011 | **LANCE S. WILSON** |
|  | Clerk |
|  | /s/ D. R. Morgan |
|  | Deputy Clerk |